# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA EX REL.
RAYMOND H. KIMBLE, III

VERSUS

TODD SCHLIEM, CHIEF
(MANDEVILLE POLICE
DEPARTMENT); J. COLLINS
SIMS, DISTRICT ATTORNEY (ST.
TAMMANY PARISH DISTRICT
ATTORNEY'S OFFICE), RANDY
SMITH, SHERIFF (ST. TAMMANY
PARISH SHERIFF'S OFFICE)

NO.  2025 CW 1181

MARCH 9, 2026

---

In Re:    Raymond H. Kimble, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 25-13141.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.**  The district court's September 11 and September 30, 2025 judgments which granted the exceptions of no cause of action and no right of action and dismissed all claims against defendants, Sheriff Randy Smith and Todd Schliem, Chief (Mandeville Police Department), are appealable judgments. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiff, Raymond H. Kimble, III, pursuant to his notice of intent to seek supervisory writs.  See **In Re Howard**, 541 So.2d 195 (La. 1989) (per curiam). Additionally, a copy of this court's order is to be included in the appellate record.  The writ is denied in all other respects. However, this court notes that the district court orally denied the petition for mandamus at the hearing on August 7, 2025, and although a judgment was ordered by the court, the writ application did not include a judgment denying the petition for mandamus.  Once a judgment with proper decretal language is signed dismissing plaintiff's petition for mandamus relief, that judgment will be final and appealable.  See **LA Contracting Enter., LLC v. S. Lafourche Levee Dist.**, 2024-0272 (La. App. 1st Cir. 12/20/24), 404 So.3d 898, 902.

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT